IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANGEL A. DIAZ,

    Plaintiff,                    No. CIV S-05-0692 FCD JFM P

    vs.

C. ADAMS, et al.,

    Defendants.              ORDER

                            /

        Plaintiff has requested an extension of time to file a request to proceed in forma pauperis or to pay the $250.00 filing fee for this action pursuant to the court's order of May 9, 2005. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's June 9, 2005 request for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file a request to proceed in forma pauperis or to pay the $250.00 filing fee for this action.

DATED: June 16, 2005.

                                        UNITED STATES MAGISTRATE JUDGE

12/kf
diaz0692.36

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26