IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANGEL A. DIAZ,

    Plaintiff,                    No. CIV S-05-0692 FCD JFM P

    vs.

C. ADAMS, et al.,

    Defendants.              <u>ORDER</u>

_____/

        On August 31, 2005, plaintiff, a state prisoner proceeding pro se, filed a document in which he contends that he is not getting access to the prison law library. The document requests no specific action by the court.[1] Accordingly, IT IS HEREBY ORDERED that the document filed by plaintiff on August 31, 2005 shall be placed in the court record and disregarded.

DATED: September 8, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

12/kf;diaz0692.80

---

[1] Plaintiff is informed that requests for court action must be made by motion prepared in accordance with the Federal Rules of Civil Procedure and the Local Rules of this Court.

1