IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ANGEL DIAZ,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**C. ADAMS, et al.,**<br><br>　　　　　　　　　　Defendants. | 2:05-cv-0692 FCD JFM P<br><br>**ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** |

　　　　The Court, having considered Defendants' first request for an extension of time to file a responsive pleading, and good cause having been found,

　　　　IT IS HEREBY ORDERED THAT:  Defendants' responsive pleading shall be filed on or before July 23, 2007.

DATED:  July 2, 2007.

　　　　　　　　　　　　　　　　　　　　　　　_/s/ John F. Moulds_
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

/001;diaz0692.eot

1