IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANGEL A. DIAZ,

      Plaintiff,                    No. CIV S-05-0692 FCD JFM P

    vs.

C. ADAMS, et al.,

      Defendants.             ORDER

_____/

       Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action. On March 4, 2008, plaintiff filed his third motion for the appointment of counsel. Plaintiff's previous requests were filed on July 15, 2005 and August 8, 2005. All motions were denied. In light of those orders, IT IS HEREBY ORDERED that plaintiff's March 4, 2008 motion for appointment of counsel is denied.

DATED: March 31, 2008.

UNITED STATES MAGISTRATE JUDGE

/mp
diaz0692.31thr