IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANGEL A. DIAZ,

        Plaintiff,                    No. CIV S-05-0692 FCD JFM P

    vs.

C. ADAMS, et al.,

        Defendants.          ORDER

         Plaintiff is a state prisoner proceeding pro se with a civil rights action. On May 7, 2008, plaintiff filed a request for an extension of time. Although plaintiff states that he seeks the extension due to a prison lockdown, he provides no information about what he needs the extension for. Accordingly, IT IS HEREBY ORDERED that plaintiff's May 7, 2008 request for extension of time is denied without prejudice.

DATED: May 23, 2008.

                                           UNITED STATES MAGISTRATE JUDGE

12
diaz0692.extden